April 18, 2008

Mr. Philip A. Lionberger
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
Mr. Jerry L. Stapleton
Stapleton Curtis & Boswell, L.L.P.
P.O. Box 2644
Harlingen, TX 78551

RE: Case Number: 07-0424
 Court of Appeals Number: 13-06-00450-CV
 Trial Court Number: C-493-03-G

Style: THE UNIVERSITY OF TEXAS-PAN AMERICAN
 v.
 TONY AGUILAR AND KAY MARIE AGUILAR

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Ms. Laura |
| |Hinojosa |